IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY D. MATTHEWS, | No. 2:10-cv-1182-LKK-CMK |
| Petitioner, | |
| vs. | ORDER |
| DERRAL G. ADAMS, | |
| Respondent. | |
| _____ / | |

      Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court in this closed case is petitioner's Motion to Stay all Proceedings (Doc. 36).

      This case is closed. The court granted respondent's motion to dismiss on August 27, 2012. Judgment was entered, the court declined to issue a certificate of appealability, and this case was closed on the same day. Petitioner then had the option of filing a notice of appeal, which he chose not to do. Therefore, there is no active case for this case to stay. Petitioner's motion is therefore denied.

/ / /

/ / /

1     Petitioner is advised that documents filed in this case since the closing date will
2 be disregarded and no order will issue in response to future filings.
3     IT IS SO ORDERED.

 DATED: March 13, 2013

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE